REALTY INVESTMENT COMPANY, Respondent, vs. MILLER and another, Appellants.

For the appellants: *Carl H. Boye* of Madison.
For the respondent: *Carl W. Danhouser* of Madison.

*By the Court.*—Judgment affirmed.

TURNER-ROE, Respondent, vs. HARDWARE MUTUAL CASUALTY COMPANY and others, Appellants.

For the appellants: *Hayes & Hayes,* attorneys, and *William A. Hayes* of counsel, all of Milwaukee.

For the respondent: *Arlo McKinnon* and *John W. O'Boyle,* both of Milwaukee.

*By the Court.*—Judgment affirmed.

### *January 13, 1942.*

RICHTMAN, Plaintiff and Respondent, AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Intervened Plaintiff and Respondent, vs. HONKAMP and another, Appellants.

For the appellants: *Benton, Bosser, Becker & Parnell* of Appleton.

For the plaintiff and respondent: *Gustav J. Keller* of Appleton.

For the intervened plaintiff and respondent: *Charles H. Gorman* of Milwaukee.

*By the Court.*—Judgment affirmed.